# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0591

VERSUS

WARREN E. JOSEPH, JR.

**SEPTEMBER 3, 2020**

---

In Re:    Warren E. Joseph, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 248,207.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.**  The record of the Clerk of Court of Lafourche Parish reflects the district court denied relator's application for postconviction relief on July 27, 2020.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT